IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DIVERSIFIED OBSERVATION LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 17-1408-LPS-CJB |
| | ) |
| OKI DATA AMERICAS, INC., | ) **JURY TRIAL DEMANDED** |
| | ) |
| Defendant. | ) |

**ANSWER TO COMPLAINT**

Defendant Oki Data Americas, Inc. ("ODA") hereby provides its answer to the Complaint (D.I. 1) of Diversified Observation LLC ("Diversified").

1. ODA lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 1.

2. Admitted.

3. ODA admits that Diversified purports to state a claim for direct patent infringement and damages under the Patent Act, 35 U.S.C. § 1 *et seq.*

4. Admitted.

5. Denied.

6. Admitted.

7. Admitted.

8. ODA admits that U.S. Patent No. 5,857,133 ("the '133 patent") states on its face that it was issued on January 5, 1999 and that it is entitled "Information Reading Apparatus Having a Contact Image Sensor." ODA admits that a copy of the '133 patent is attached to the Complaint as Exhibit A. ODA denies all other allegations in paragraph 8.

9. ODA admits that U.S. Patent No. 6,414,461 ("the '461 patent") states on its face that it was issued on July 2, 2002 and that it is entitled "Scanner that Controls Stepping Motor Torque." ODA admits that a copy of the '461 patent is attached to the Complaint as Exhibit B. ODA denies all other allegations in paragraph 9.

10. ODA admits that U.S. Patent No. 6,522,432 ("the '432 patent") states on its face that it was issued on February 18, 2003 and that it is entitled "Image Scanner with Automatic Signal Compensation." ODA admits that a copy of the '432 patent is attached to the Complaint as Exhibit C. ODA denies all other allegations in paragraph 10.

11. ODA lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 11 and therefore denies same.

12. ODA repeats and incorporates by reference paragraphs 1-11 above.

13. Denied.

14. Admitted.

15. Paragraph 15 states a legal conclusion to which no response is required. To the extent a response is required, ODA denies the allegations of paragraph 15.

16. Paragraph 16 states a legal conclusion to which no response is required. To the extent a response is required, ODA denies the allegations of paragraph 16.

17. Paragraph 17 states a legal conclusion to which no response is required. To the extent a response is required, ODA denies the allegations of paragraph 17.

18. Paragraph 18 states a legal conclusion to which no response is required. To the extent a response is required, ODA denies the allegations of paragraph 18.

19. Paragraph 19 states a legal conclusion to which no response is required. To the extent a response is required, ODA denies the allegations of paragraph 19.

20. Paragraph 20 states a legal conclusion to which no response is required. To the extent a response is required, ODA denies the allegations of paragraph 20.

21. Paragraph 21 states a legal conclusion to which no response is required. To the extent a response is required, ODA denies the allegations of paragraph 21.

22. Paragraph 22 states a legal conclusion to which no response is required. To the extent a response is required, ODA denies the allegations of paragraph 22.

23. Paragraph 23 states a legal conclusion to which no response is required. To the extent a response is required, ODA denies the allegations of paragraph 23.

24. Denied.

25. Denied.

26. ODA repeats and incorporates by reference paragraphs 1-25 above.

27. Denied.

28. Admitted.

29. Paragraph 29 states a legal conclusion to which no response is required. To the extent a response is required, ODA denies the allegations of paragraph 29.

30. Paragraph 30 states a legal conclusion to which no response is required. To the extent a response is required, ODA denies the allegations of paragraph 30.

31. Paragraph 31 states a legal conclusion to which no response is required. To the extent a response is required, ODA denies the allegations of paragraph 31.

32. Paragraph 32 states a legal conclusion to which no response is required. To the extent a response is required, ODA denies the allegations of paragraph 32.

33. Paragraph 33 states a legal conclusion to which no response is required. To the extent a response is required, ODA denies the allegations of paragraph 33.

34. Paragraph 34 states a legal conclusion to which no response is required. To the extent a response is required, ODA denies the allegations of paragraph 34.

35. Paragraph 35 states a legal conclusion to which no response is required. To the extent a response is required, ODA denies the allegations of paragraph 35.

36. Paragraph 36 states a legal conclusion to which no response is required. To the extent a response is required, ODA denies the allegations of paragraph 36.

37. Paragraph 37 states a legal conclusion to which no response is required. To the extent a response is required, ODA denies the allegations of paragraph 37.

38. Paragraph 38 states a legal conclusion to which no response is required. To the extent a response is required, ODA denies the allegations of paragraph 38.

39. The first sentence of paragraph 39 states a legal conclusion to which no response is required. To the extent a response is required, ODA denies the first sentence of paragraph 39. ODA lacks knowledge or information sufficient to form a belief about the truth of the allegations in the second sentence of paragraph 39 and therefore denies same.

40. Denied.

41. Denied.

42. ODA repeats and incorporates by reference paragraphs 1-41 above.

43. Denied.

44. Admitted.

45. Paragraph 45 states a legal conclusion to which no response is required. To the extent a response is required, ODA denies the allegations of paragraph 45.

46. Paragraph 46 states a legal conclusion to which no response is required. To the extent a response is required, ODA denies the allegations of paragraph 46.

47. Paragraph 47 states a legal conclusion to which no response is required. To the extent a response is required, ODA lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 47 and therefore denies same.

48. Paragraph 48 states a legal conclusion to which no response is required. To the extent a response is required, ODA lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 48 and therefore denies same.

49. Paragraph 49 states a legal conclusion to which no response is required. To the extent a response is required, ODA lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 49 and therefore denies same.

50. ODA lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 50 and therefore denies same.

51. Paragraph 51 states a legal conclusion to which no response is required. To the extent a response is required, ODA lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 51 and therefore denies same.

52. Paragraph 52 states a legal conclusion to which no response is required. To the extent a response is required, ODA denies the allegations of paragraph 52.

53. The first sentence of paragraph 53 states a legal conclusion to which no response is required. To the extent a response is required, ODA denies the first sentence of paragraph 53. ODA lacks knowledge or information sufficient to form a belief about the truth of the allegations in the second sentence of paragraph 53 and therefore denies same.

54. ODA lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 54 and therefore denies same.

55. ODA lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 55 and therefore denies same.

56. ODA lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 56 and therefore denies same.

57. The first sentence of paragraph 57 states a legal conclusion to which no response is required. To the extent a response is required, ODA denies the first sentence of paragraph 57. ODA lacks knowledge or information sufficient to form a belief about the truth of the allegations in the second sentence of paragraph 57 and therefore denies same.

58. The first sentence of paragraph 58 states a legal conclusion to which no response is required. To the extent a response is required, ODA denies the first sentence of paragraph 58. ODA lacks knowledge or information sufficient to form a belief about the truth of the allegations in the second sentence of paragraph 58 and therefore denies same.

59. Paragraph 59 states a legal conclusion to which no response is required. To the extent a response is required, ODA denies the allegations of paragraph 59.

60. ODA lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 60 and therefore denies same.

61. Paragraph 61 states a legal conclusion to which no response is required. To the extent a response is required, ODA denies the allegations of paragraph 61.

62. Paragraph 62 states a legal conclusion to which no response is required. To the extent a response is required, ODA denies the allegations of paragraph 62.

63. ODA lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 63 and therefore denies same.

64. Denied.

65. Denied.

## RESPONSE TO PRAYER FOR RELIEF

ODA denies that Diversified is entitled to any of the relief set forth in its Prayer for Relief, and requests that the Court enter judgment against Diversified and in favor of ODA on all counts.

## DEFENSES

ODA asserts the following defenses, undertaking the burden of proof on such defenses only to the extent required by law.

## FIRST DEFENSE
## FAILURE TO STATE A CLAIM ON WHICH RELIEF MAYBE GRANTED

With respect to each purported claim for relief alleged in the Complaint, Diversified fails to state a claim against ODA upon which relief may be granted.

## SECOND DEFENSE
## NON-INFRINGEMENT OF THE '133 PATENT

ODA does not infringe and has not infringed the asserted claim(s) of the '133 patent.

## THIRD DEFENSE
## INVALIDITY OF THE '133 PATENT

The asserted claims(s) of the '133 patent are invalid for failing to comply with the provisions of the patent laws of the United States, including without limitation one or more of 35 U.S.C. §§ 101, 102, 103 and 112.

## FOURTH DEFENSE
## NON-INFRINGEMENT OF THE '461 PATENT

ODA does not infringe and has not infringed the asserted claim(s) of the '461 patent.

## FIFTH DEFENSE
## INVALIDITY OF THE '461 PATENT

The asserted claims(s) of the '461 patent are invalid for failing to comply with the provisions of the patent laws of the United States, including without limitation one or more of 35 U.S.C. §§ 101, 102, 103 and 112.

## SIXTH DEFENSE
## NON-INFRINGEMENT OF THE '432 PATENT

ODA does not infringe and has not infringed the asserted claim(s) of the '432 patent.

## SEVENTH DEFENSE
## INVALIDITY OF THE '432 PATENT

The asserted claims(s) of the '432 patent are invalid for failing to comply with the provisions of the patent laws of the United States, including without limitation one or more of 35 U.S.C. §§ 101, 102, 103 and 112.

## EIGHTH DEFENSE
## ENSNAREMENT

The asserted claim(s) of one or more of the patents-in-suit, as asserted by Diversified, ensnare the prior art.

\*       \*       \*

## D. DEL. L.R. 9.4(b) REQUEST

Pursuant to D. Del. L.R. 9.4(b), ODA hereby requests a written statement of the amount of damages claimed by Diversified.

## JURY DEMAND

ODA hereby demands a jury trial on all issues so triable.

|  |  |
|---|---|
| OF COUNSEL:<br>Marc R. Labgold, Ph.D.<br>NAGASHIMA HASHIMOTO & YASUKUNI<br>Hirakawa-cho KS Bldg., 2nd Floor<br>2-4-14 Hirakawa-cho, Chiyoda-ku<br>Tokyo 102-0093 Japan<br><br>Dated: January 8, 2018 | */s/ Jeffrey T. Castellano*<br>John W. Shaw (No. 3362)<br>Jeffrey T. Castellano (No. 4837)<br>Andrew E. Russell (No. 5382)<br>SHAW KELLER LLP<br>I.M. Pei Building<br>1105 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>(302) 298-0700<br>jshaw@shawkeller.com<br>jcastellano@shawkeller.com<br>arussell@shawkeller.com<br>*Attorneys for Defendant*<br>*Oki Data Americas, Inc.* |

9