IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DIVERSIFIED OBSERVATION LLC, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) C.A. No. 17-1408-LPS-CJB |
| OKI DATA AMERICAS, INC., | ) ) ) |
| Defendant. | ) |

**STIPULATION AND PROPOSED ORDER TO STAY**

WHEREAS, the parties have reached a settlement in principle and believe that a stay of this action while the parties formalize the settlement agreement will conserve the Court's and the parties' resources; and

WHEREAS, the parties previously stipulated to a 30-day stay (D.I. 38), which was SO ORDERED by the Court on September 4, 2018:

IT IS HEREBY STIPULATED by the parties to this action, subject to the approval of the Court, that all deadlines and scheduled dates are hereby STAYED for 30 additional days.

Dated: October 4, 2018

| | |
|---|---|
| /s/ Richard C. Weinblatt | /s/ Jeff Castellano |
| Stamatios Stamoulis (No. 4606) | John W. Shaw (No. 3362) |
| Richard C. Weinblatt (No. 5080) | Jeff Castellano (No. 4837) |
| STAMOULIS & WEINBLATT LLC | Andrew E. Russell (No. 5382) |
| Two Fox Point Centre | SHAW KELLER LLP |
| 6 Denny Road, Suite 307 | I.M. Pei Building |
| Wilmington, DE 19809 | 1105 North Market Street, 12th Floor |
| (302) 999-1540 | Wilmington, DE 19801 |
| stamoulis@swdelaw.com | (302) 298-0700 |
| weinblatt@swdelaw.com | jshaw@shawkeller.com |
| *Attorneys for Plaintiff* | jcastellano@shawkeller.com |
| | arussell@shawkeller.com |
| | *Attorneys for Defendant* |

SO ORDERED this _____ day of_____, 2018.

_____
United States District Judge