IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DIVERSIFIED OBSERVATION LLC  )  <br>         Plaintiff,           ) <br>                               ) Civil Action No. 1:17-1408-LPS-CJB <br> v.                            ) <br>                               ) <br> OKI DATA AMERICAS, INC.       ) <br>         Defendant.            ) | |

## STIPULATION OF DISMISSAL

Plaintiff Diversified Observation LLC ("Diversified") hereby DISMISSES WITH PREJUDICE AND NO RIGHT OF APPEAL the claims asserted by Diversified against Oki Data Americas, Inc. ("ODA") in this action. Each side shall bear its own costs, expenses and attorneys' fees.

| STAMOULIS & WEINBLATT LLC | SHAW KELLER LLP |
|---|---|
| */s/ Richard C. Weinblatt* | */s/ Jeffrey T. Castellano* |
| Stamatios Stamoulis (#4606) | John W. Shaw (#3362) |
| Richard C. Weinblatt (#5080) | Jeffrey T. Castellano (#4837) |
| Two Fox Point Centre | Andrew E. Russell (#5382) |
| 6 Denny Road, Suite 307 | I.M. Pei Building |
| Wilmington, DE 19809 | 1105 North Market Street, 12th Floor |
| (302) 999-1540 | Wilmington, DE 19801 |
| stamoulis@swdelaw.com | (302) 298-0700 |
| weinblatt@swdelaw.com | jshaw@shawkeller.com |
| | jcastellano@shawkeller.com |
| | arussell@shawkeller.com |
| *Attorneys for Plaintiff* | |
| *Diversified Observation LLC* | *Attorneys for Defendant* |
| | *Oki Data Americas, Inc.* |

SO ORDERED this _____ day of _____, 2018.

_____
UNITED STATES DISTRICT JUDGE